**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 24-1481**

───────────

MARIVIC A. BALLESTEROS,

Plaintiff - Appellant,

v.

MTGLQ INVESTORS, LP; RUSHMORE LOAN MANAGEMENT SERVICES, LLC; SN SERVICING CORPORATION; DOES 1-10,

Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Patricia Tolliver Giles, District Judge.  (1:23-cv-00396-PTG-WEF)

───────────

Submitted:  June 18, 2026                                    Decided:  June 23, 2026

───────────

Before GREGORY and RUSHING, Circuit Judges, and KEENAN, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Marivic A. Ballesteros, Appellant Pro Se.  David Tony Long, Jr., BRADLEY ARANT BOULT CUMMINGS LLP, Washington, D.C.; Daniel M. Moore, Jonathan Adam Singer, SAUL EWING LLP, Baltimore, Maryland, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marivic A. Ballesteros appeals the district court's orders dismissing her complaint and denying her motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders.[*] *Ballesteros v. MTGLQ Invs., LP*, No. 1:23-cv-00396-PTG-WEF (E.D. Va. Nov. 8, 2023; filed Dec. 20, 2023 & entered Dec. 21, 2023; filed Apr. 23, 2024 & entered Apr. 24, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We deny all pending motions.

2